IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROLD LIPSCOMB,<br>　　　　　Plaintiff, | )<br>)<br>) | |
| v. | ) | No.　07 C 5509 |
| | ) | |
| OFFICER KNAPP, OFFICER DALEY,<br>and OFFICER RAPACZ,<br>　　　　　Defendants. | )<br>)<br>)<br>) | Magistrate Judge Jeffrey Cole |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action through their respective attorneys, that said action be dismissed with prejudice, each party to be responsible for his own costs and attorney's fees, all costs and attorney's fees having been paid, and all matters for which said action was brought having been fully settled, compromised and adjourned.

Jerold Lipscomb, Plaintiff

By: **/s/ Basileios J. Foutris**
　　Basileios J. Foutris
　　53 West Jackson Blvd. – Ste. 252
　　Chicago, Illinois 60604
　　312-212-1222

John Daley, Defendant

By: **/s/ Mark F. Smolens**
　　Mark F. Smolens
　　Ryan, Smolens & Jones
　　180 North LaSalle Street – Ste. 2303
　　Chicago, Illinois 60601
　　312-372-3800

James Knapp, Defendant

By: **/s/Gregory E. Rogus**
　　Gregory E. Rogus
　　Segal, McCambridge
　　233 South Wacker Drive – Ste. 5500
　　Chicago, Illinois 60606
　　312-645-7800

Kevin Rapacz, Defendant

By: **/s/Michael J. Hayes, Jr.**
　　Michael J. Hayes, Jr.
　　Odelson & Sterk, Ltd.
　　3318 West 95th Street
　　Evergreen Park, Illinois 60805
　　708-424-5678